**Order Filed on September 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>House Canary New Jersey, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 42-5163712 | Chapter 11<br><br>Case No. 26-20766 (EJO) |
| In re:<br><br>HouseCanary, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 47-2312307 | Chapter 11<br><br>Case No. 26-20769 (EJO) |
| In re:<br><br>HouseCanary (CT), Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 84-3751814 | Chapter 11<br><br>Case No. 26-20776 (EJO) |
| In re:<br><br>ComeHome, Inc.,<br><br>Debtor.<br><br>Tax I.D. No. 86-2650328 | Chapter 11<br><br>Case No. 26-20774 (EJO) |
| In re:<br><br>HC Certified Analytics, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-20777 (EJO) |

**DATED: September 28, 2026**

Eamonn O'Hagan

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Tax I.D. No. 82-5338523

| | |
|---|---|
| In re:<br><br>HouseCanary R&D, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-2812124 | Chapter 11<br><br>Case No. 26-20775 (EJO) |

**ORDER GRANTING MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES; AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered four (4) through six (6), is **ORDERED**.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Van C. Durrer, II (*pro hac vice* forthcoming)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: van.durrer@dentons.com

**DENTONS BINGHAM GREENEBAUM LLP**
James R. Irving (*pro hac vice* forthcoming)
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 589-4200
Facsimile: (502) 540-2215
Email: james.irving@dentons.com

*Proposed Counsel to Debtors and Debtors in Possession*

Upon consideration of the motion (the "Motion"),[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors to direct the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only; and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference* from the United States District Court for the District of New Jersey dated as of September 18, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for hearing on the Motion were appropriate under the circumstances and that no other notice be provided; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing thereon establish just cause for the relief granted herein; and upon all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Any objection to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The above-captioned Chapter 11 Cases are hereby jointly administered by this Court for procedural purposes only.

4. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases, and this

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

5. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of New Jersey shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.

6. All orders, pleadings, papers, and documents filed in the Lead Case shall bear the caption as shown in **Exhibit 1** attached hereto.

7. The caption shown in Exhibit 1 attached hereto satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

8. All lists, *Schedules of Assets and Liabilities*, and *Statements of Financial Affairs* shall be filed and docketed in the specific Debtor's case to which they are applicable.

9. A docket entry shall be made in each of the above-captioned Chapter 11 Cases, except the Chapter 11 Case of House Canary New Jersey, Inc., substantially as follows: An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of House Canary New Jersey, Inc. and its affiliated debtors. All further pleadings and papers shall be filed in, and all further docket entries shall be made in, the docket of House Canary New Jersey, Inc., Case No. 26-20766 (EJO), and that docket should be consulted for all matters affecting this chapter 11 case.

10. Any party in interest may request joint hearings on matters pending in any of these Chapter 11 Cases.

11. If pleadings, papers, or documents have been filed in any of the above–captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been

heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading, paper, or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

12. The Clerk shall file a copy of this Order in the Lead Case and each of the affiliated Debtors' cases.

13. The Debtors shall file individual monthly operating reports for each Debtor and such reports shall be docketed in the Lead Case.

14. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

15. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

16. Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

17. A true copy of this Order shall be served on all required parties pursuant to Local Rule 9013-5(f).

18. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

19. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, the terms and conditions of this Order shall be effective and enforceable immediately upon entry hereof.

20. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# EXHIBIT 1

**(Caption of Lead Case)**

**DENTONS US LLP**
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Van C. Durrer, II (*pro hac vice* forthcoming)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: van.durrer@dentons.com

**DENTONS BINGHAM GREENEBAUM LLP**
James R. Irving (*pro hac vice* forthcoming)
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 589-4200
Facsimile: (502) 540-2215
Email: james.irving@dentons.com

*Proposed Counsel to Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>House Canary New Jersey, Inc., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-20766 (EJO)<br><br>(Jointly Administered) |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) House Canary New Jersey, Inc. [3712], (ii) HouseCanary, Inc. [2307], (iii) HouseCanary (CT), Inc. [1814], (iv) ComeHome, Inc. [0328], (v) HC Certified Analytics, Inc. [8523], and (vi) HouseCanary R&D, LLC [2124]. The Debtors' mailing address is 535 Mission Street, 14th Floor, San Francisco, CA 94105.

United States Bankruptcy Court
District of New Jersey

In re:
HouseCanary, Inc
Debtor

Case No. 26-20769-EJO
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 1
Date Rcvd: Sep 28, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HouseCanary, Inc, 535 Mission Street, 14th Floor, San Francisco, CA 94105-3253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Lauren M. Macksoud | on behalf of Debtor HouseCanary Inc lauren.macksoud@dentons.com, docket.general.lit.nyc@dentons.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3